UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MISTRAS GROUP, INC.

VERSUS

RON-ED CONSULTING, LTD.

CIVIL ACTION

NO.   11-251-BAJ-CN

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, September 6, 2011.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MISTRAS GROUP, INC.**

**VERSUS**

**RON-ED CONSULTING, LTD.**

**CIVIL ACTION**

**NO. 11-251-BAJ-CN**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs filed this suit on April 15, 2011. As of August 9, 2011, no summons for service on defendant had been issued. Since no proof of service was filed in the record, nor had an answer been filed by the defendant, plaintiff was notified on August 9, 2011, that failure to perfect service of the summons and complaint in accordance with Rule 4(m), Federal Rules of Civil Procedure and to file proof of service in the record would result in this suit being dismissed for failure to prosecute, in accordance with ULR, Rule 41.3M.[1] (Dkt. #3.)

As of September 6, 2011, summons has not been issued and subsequently, no proof of service has been filed in the record relative to the sole defendant Ron-Ed Consulting, Ltd.

---

[1] A review of the docket sheet indicates that plaintiff's counsel was forwarded a copy of the Court's Notice of August 9, 2011, through email and that no "bounce back" that the email did not go through was ever received by the Clerk.

Therefore, it is recommended that this case be dismissed for plaintiff's failure to prosecute and have the defendant served within 120 days of filing the suit.

Signed in chambers in Baton Rouge, Louisiana, September 6, 2011.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**