UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MISTRAS GROUP INC.

VERSUS

RON-ED CONSULTING LTD.

CIVIL ACTION

NO. 11-251-BAJ-CN

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 6, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's case is dismissed for failure of plaintiff to prosecute and have defendant served with 120 days of filing the suit.

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA